IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DARRELL RAY PORTER,

          Plaintiff,

v.                         CIVIL ACTION NO. 3:20-0447

ANDREW SAUL, Commissioner
of the Social Security Administration,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's request for reversal or remand (ECF No. 14); grant Defendant's request to affirm the decision of the Commissioner (ECF No. 17); affirm the final decision of the Commissioner, and dismiss this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and Court **DENIES** Plaintiff's request for reversal or remand (ECF No. 14); **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 17); **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    April 12, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE